**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**CHERRIE R. PORTER**                                                                                       **PLAINTIFF**

**V.**                                                                      **CIVIL ACTION NO. 1:06CV120 LTS-RHW**

**GRAND CASINO OF MISSISSIPPI, INC. - BILOXI;
STATE FARM FIRE & CASUALTY INSURANCE CO.;
MAX MULLINS; ET AL.**                                                                                     **DEFENDANTS**

## ORDER REMANDING CASE

In accordance with the findings in the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the plaintiff's motion [10] to remand this case to the Circuit Court of Harrision County, Mississippi, is hereby **GRANTED;**

That this case is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the Court from which it was removed;

That Defendant Max Mullins's motion [5] to dismiss is hereby **DENIED WITHOUT PREJUDICE** to the defendant's right to refile his motion after remand; and

That the plaintiff's motion [6] to strike Defendant Max Mullins's motion to dismiss is hereby **DENIED AS MOOT**.

**SO ORDERED** this 14th day of February, 2007.

s/L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge